**No. 09-10881. Jeffrey Jones, Petitioner v. John Marshall, Warden.**

562 U.S. 854, 131 S. Ct. 116, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 6073.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 522.